## COGSWELL V. WHEATON.

An action not appealable, was erased from the docket, after the jury were impaneled.

ACTION of trespass brought before a justice. The defendant set up title; and the cause was removed to the County Court agreeable to the statute.

In the County Court the defendant changing plead not guilty; and the cause was tried on that issue, and appealed to this court, and closed to the jury; this being discovered by the court upon reading the files, after the jury were impaneled; the cause was ordered to be erased from the docket, as not being properly before this court. See the case of Durkee v. Varnum, Windham, March Term, A. D. 1792, and the case of Sweet v. Dow, New London, March Term, A. D. 1792.